# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Dorian Newman, individually, and as Mother and next friend of H.H., a minor child, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-18-570-SLP |
| First Liberty Bank, an Oklahoma Domestic Bank, | ) ) ) ) | |
| Defendant. | ) | |

## **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiffs, Dorian Newman, individually, and as Mother and next friend of H.H., a minor child, by and through her attorneys of record, Robert Lee Rainey, Patricia A. Kirch, and Joseph C. Schubert, and dismisses the above-styled action without prejudice. Defendant hereby stipulates that this action be dismissed. Each party to bear their own attorneys' fees and costs.

Respectfully submitted,

*s/* Robert Lee Rainey
Robert Lee Rainey, OBA #11967
Patricia A. Kirch, OBA #13709
Joseph C. Schubert, OBA #15468
**Rainey Law, LLP**
1601 NW Expressway, Suite 600
Oklahoma City, OK 73118
Telephone: (405) 753-1500
Facsimile: (405) 753-1501
robrainey@okclaw.com
patkirch@okclaw.com
joeschubert@okc.law.com

***Attorneys for Plaintiffs***

*s/* Joshua W. Solberg
Joshua W. Solberg, OBA #22308
Mackenzie L. Smith, OBA #33273
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
josh.solberg@mcafeetaft.com
mackenzie.smith@mcafeetaft.com

***Attorneys for Defendant***